**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**BANK OF AMERICA, N.A.**                                                      **PLAINTIFF**

**v.**                                 **CASE NO. 5:10CV05220 BSM**

**JB HANNA, LLC;**
**KERZEN PROPERTIES;**
**BURT HANNA; and**
**HANNA'S CANDLE COMPANY**                                        **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the verdict returned by the jury on June 26, 2012, after seven days of trial,

in favor of defendants JB Hanna, LLLC; Kerzen Properties; Burt Hanna; and Hanna's Candle

Company;

IT IS ORDERED, ADJUDGED AND DECREED that, on all claims, judgment is

rendered for defendants and plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED this 29th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE