**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  10-cv-5220 |
| | ) | |
| JB HANNA, LLC, KERZEN | ) | Hon. Brian S. Miller |
| PROPERTIES, LLC, BURT HANNA and | ) | |
| HANNA'S CANDLE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Bank of America, N.A., Plaintiff in the above named

case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the

following Orders and Judgment:

- Judgment [Docket No. 211] entered on June 29, 2012 and all interlocutory rulings encompassed therein.

- Order (denying Motion for Judgment as a Matter of Law) [Docket No. 262] entered on August 24, 2012.

- Order (denying Motion to Amend the Judgment or, in the Alternative, for a New Trial) [Docket No. 263] entered on August 24, 2012.

- Rulings overruling Bank of America's objections to Jury Instruction Nos. 23, 24 and 25 and refusing to instruct the jury as to issues that the Court had resolved as a matter of law and allowing Defendants' counsel to argue those issues in closing argument.

- Rulings submitting case to jury over Bank of America's objections.

- Order (granting in part and denying in part Motion for Summary Judgment) [Docket No. 152] entered on June 8, 2012.

- Order (denying Motion for Reconsideration of the Court's Summary Judgment Order) [Docket No. 261] entered on August 24, 2012.

- Order (denying Motion in Limine to Exclude Evidence of Bank of America's Internal Policies, denying Motion in Limine to Exclude Evidence Contradicting Judicial Admissions, denying Motion in Limine to Exclude Expert Witness Testimony of Elaine Philbrick, denying Motion in Limine Regarding Evidence Not Supportive of Contract Defenses, and granting Motion in Limine to Preclude References to Defendants' Counterclaims and the Court's Order Dismissing the Same) [Docket No. 194] entered on June 15, 2012.

- Order (denying Motion to Strike Jury Demand of Defendants) [Docket No. 132] entered on June 1, 2012.

- Order (granting Defendants' Motion for Attorney Fees and denying Bank of America's Motion for Attorneys' Fees and Costs) [Docket No. 264] entered on August 28, 2012.

Dated:  September 20, 2012

Respectfully submitted,

BANK OF AMERICA, N.A.


by:_____/s/ Theresa L. Davis_____
         (one of its attorneys)

Michael L. Molinaro (ARDC No. 6183321)
Theresa L. Davis (ARDC No. 6224757)
Melissa A. Mickey (ARDC No. 6290226)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois  60654
Telephone: (312) 464-3100
Facsimile:  (312) 464-3111
  mmolinaro@loeb.com
  tdavis@loeb.com
  mmickey@loeb.com

- and -

John K. Baker
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, PLLC.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  (501) 688-8850
Facsimile:  (501) 688-8807
 jbaker@mwlaw.com

*Counsel for Plaintiff-Appellant, Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I, Theresa Davis, certify that on this 20th day of September, 2012, I electronically filed the above document with the Court's ECF system which will provide a copy of it to the following:

All Counsel of Record

/s/ Theresa L. Davis
                Theresa L. Davis